# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BLAKE, CATHERINE C. | U S DISTRICT COURT, MARYLAND | 08/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S DISTRICT JUDGE, ACTIVE | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

7310 U S COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | FARM TRUST |
| 2. | VICE-PRESIDENT | HISTORICAL SOCIETY OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | RETIREMENT PENSION - CITY OF BALTIMORE |
| 2. | 2019 | RETIREMENT PENSION - STATE OF MARYLAND |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔**     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BLAKE, CATHERINE C. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | IRA-TRowePrice-Equity Income | C | Dividend | K | T | Redeemed (part) | 04/22/19 | J | A | see note Part VIII |
| 2. | IRA-TRowePrice-Growth Stock | C | Dividend | L | T | Redeemed (part) | 04/22/19 | J | A | |
| 3. | IRA-TRowePrice-New Era | B | Dividend | K | T | Redeemed (part) | 04/22/19 | J | A | |
| 4. | IRA-TRowePrice-Science&Technology | D | Dividend | L | T | Redeemed (part) | 04/22/19 | J | A | |
| 5. | IRA-TRowePrice-SpectrumIncome | C | Dividend | L | T | Redeemed (part) | 04/22/19 | J | A | |
| 6. | StateofMarylandDeferredCompensationPlan | C | Int./Div. | L | T | Redeemed (part) | 11/01/19 | J | A | |
| 7. | Wells Fargo Bank accounts | A | Interest | K | T | | | | | |
| 8. | IRA-First Financial Credit Union | A | Dividend | J | T | | | | | |
| 9. | Guardian Whole Life | G | Dividend | | | Redeemed | 06/05/19 | M | F | see note Part VIII |
| 10. | MetLife Whole Life | A | Dividend | J | T | | | | | |
| 11. | TRowePrice Md Tax-Free Bond Fund | C | Dividend | M | T | Buy (add'l) | 07/18/19 | J | | |
| 12. | | | | | | Buy (add'l) | 08/05/19 | J | | |
| 13. | IRA-Delaware StrategicIncomeFundClassA | B | Dividend | K | T | | | | | see note Part VIII |
| 14. | NewPerspFdClassA (American Funds) | B | Dividend | K | T | | | | | |
| 15. | Farm Trust (H) | | | | | | | | | |
| 16. | --Real Property Frederick County, MD | | None | O | Q | | | | | see note Part VIII |
| 17. | TRowePrice 529 college savings plan Portfolio 2027 | A | Int./Div. | K | T | Buy (add'l) | 07/09/19 | J | | see note Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | TRowePrice 529 college savings plan Portfolio 2027 | A | Int./Div. | K | T | Buy (add'l) | 07/09/19 | J | | |
| 19. | IRA-FranklinLifeSmartRetirementIncomeFundClassA | D | Dividend | M | T | Redeemed (part) | 10/01/19 | J | A | see note Part VIII |
| 20. | MetLife annuity-fixed rate | A | Int./Div. | J | T | | | | | |
| 21. | MetLife annuity-fixed rate | C | Int./Div. | L | T | | | | | |
| 22. | Hilltop Securities brokerage account (H) | | | | | | | | | |
| 23. | --Hilltop Securities cash accoount | A | Interest | K | T | | | | | |
| 24. | --AT&T common stock | B | Dividend | K | T | | | | | |
| 25. | --BB&T common stock (now TRUIST FinlCorp | A | Dividend | K | T | | | | | see note Part VIII |
| 26. | --Eli Lilly & Co common stock | B | Dividend | L | T | | | | | |
| 27. | --Exxon Mobil Corp common stock | C | Dividend | L | T | | | | | |
| 28. | --Frontier Comm Corp Com New common stock | | | | | Sold | 08/20/19 | J | | see note Part VIII |
| 29. | --Ill Tool Works common stock | A | Dividend | | | Sold | 08/22/19 | K | B | |
| 30. | --Johnson&Johnson common stock | A | Dividend | K | T | | | | | |
| 31. | --JPMorganChase& Co.common stock | A | Dividend | K | T | | | | | |
| 32. | --Merck&Co.Inc. common stock | A | Dividend | K | T | | | | | |
| 33. | --PPG Ind Inc common stock | A | Dividend | K | T | | | | | |
| 34. | --Verizon Comm common stock | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BLAKE, CATHERINE C.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --WWGrainger Inc common stock | A | Dividend | K | T | | | | | |
| 36.   --3M common stock | B | Dividend | K | T | | | | | |
| 37.   --Urstadt Biddle Properties Inc Class A | A | Dividend | J | T | | | | | |
| 38.   --DWS Mgd Mun Bond Fund Class A | B | Dividend | K | T | | | | | |
| 39.   --CommtyDevAdminMdRevB2011B | A | Interest | J | T | | | | | |
| 40.   --WashCoMdPubImpBd2011 | A | Interest | J | T | | | | | |
| 41.   --MontCoMdRevBd 2011A | A | Interest | J | T | | | | | |
| 42.   --AnnapMdGOPubImpt&RefBd 2012 | A | Interest | J | T | | | | | |
| 43.   --MicrochipTechInc common stock | A | Dividend | K | T | | | | | |
| 44.   --Fluor Corp New commin stock | A | Dividend | | | Sold | 08/20/19 | J | A | |
| 45.   --Freeport McMoran Copper & Gold Inc<br>common stock | A | Dividend | | | Sold | 08/20/19 | J | A | |
| 46.   --Helmerich&Payne Inc common stock | A | Dividend | K | T | | | | | |
| 47.   --AnneArundelCoMdCons GenObBd 2014 | A | Interest | K | T | | | | | |
| 48.   --MdStateDeptTransConstBd 2015 | A | Interest | K | T | | | | | |
| 49.   --MdHlth&HigherEdRevBd | A | Interest | K | T | | | | | see note Part VIII |
| 50.   --AnnapMdWtr&SwrRevBd | A | Interest | J | T | Buy | 11/20/19 | J | | |
| 51.   TRowePrice 529 college savings plan<br>Portfolio 2030 | A | Int./Div. | K | T | Buy<br>(add'l) | 07/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. TRowePrice 529 college savings plan Portfolio 2033 | A | Int./Div. | K | T | Buy (add'l) | 07/09/19 | J | | |
| 53. TRowePrice 529 college savings plan Portfolio 2033 | A | Int./Div. | K | T | Buy (add'l) | 07/09/19 | J | | |
| 54. TRowePrice 529 college savings plan Portfolio 2033 | A | Int./Div. | K | T | Buy (add'l) | 07/09/19 | J | | |
| 55. M&T bank accounts | A | Interest | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BLAKE, CATHERINE C.** | 08/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Lines 1-6 and 19  These reflect RMDs.

Part VII  line 9  This whole life policy was cashed in and the policy terminated in June 2019.

Part VII line 13  The name of this fund was changed with no action by me or my spouse.

Part VII Lines 15-16  The real property that was an asset of the estate transferred by deed dated May 7, 2012, into a trust (Farm Trust) ofwhich I am Trustee. It is not income-producing. Appraisal was date of death of owner August 23, 2011.

Part VII  lines 17-18,  51-54            For all the 529 Plans only the level of risk, not the individual assets, can be selected.

Part VII  line 19  The name of this fund was changed with no action by me or my spouse.

Part VII  line 25  BB&T merged with Sun Trust and became TRUIST Financial Corp.  No other change.

Part VII line 28  This asset was below reporting value and was sold.

Part VII  line 49  This bond was listed on line 59 last year, but should have been listed under the Hilltop Securities brokerage account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ CATHERINE C. BLAKE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544